■ PETER GUSTUS, Respondent, v WILLIAM L. CROW CONSTRUCTION Co. et al., Appellants, et al., Third-Party Plaintiffs, et al., Third-Party Defendants.—Order, Supreme Court, Bronx County (Anita Florio, J.), entered on November 18, 1988, unanimously affirmed, without costs and without disbursements; and appeal from order of said court, entered on June 8, 1988, unanimously dismissed as superseded by the appeal from the order entered on November 18, 1988. No opinion. Concur—Murphy, P. J., Sullivan, Ross, Milonas and Smith, JJ.